## FISCHER v FAFLIK

Ohio Appeals, 8th Dist, Cuyahoga Co

Decided March 9, 1936

J. R. Kistner, Cleveland, for plaintiff in error.

Payer, Corrigan, Cook & Pilliod, Cleveland, for defendant in error.

For full opinion see 6 OO 102; 52 Oh Ap 69.